September 20, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

MANUEL AL FRIAS, Appellant

NO. 14-15-00376-CV            V.

SOVRAN HHF STORAGE HOLDINGS, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Sovran HHF Storage Holdings, LLC, signed January 27, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred by granting summary judgment on the claims of appellant, Manuel Al Frias, for trespass to personal property and violation of the Texas Deceptive Trade Practices–Consumer Protection Act (DTPA). We therefore order that the portions of the judgment that render summary judgment on appellant's trespass-to-personal-property and DTPA claims are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellee, Sovran HHF Storage Holdings, LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.